

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: ROGELIO MARQUEZ, | § | No. 08-20-00246-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

**O R D E R**

On June 24, 2021, the Court ordered the Honorable Lyda Ness Garcia to either file a motion to withdraw in conformity with Tex.R.App.P 6.5 or provide a rationale for continued representation of the real party interest. A motion to withdraw was filed on July 15, 2021, but the motion is not in conformity with Rule 6.5 in this regard: the motion omits the real party in interest's last known address and telephone number. See Tex.R.App. 6.5(a)(2). An internet address as stated in the motion is not sufficient (note Rule 6.5(b) requires the motion to be sent by regular and certified mail to the party's last known address). The Honorable Lyda Ness Garcia is ordered to amend the motion to withdraw to bring it into compliance with Rule 6.5 by July 26, 2021.

IT IS SO ORDERED this 19th day of July, 2021.

PER CURIAM

Before Palafox, J., Alley, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment